United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12752-ref
Lynn A. Burlew                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1          Date Rcvd: Dec 14, 2017
                             Form ID: 155            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
db            +Lynn A. Burlew,   401 Walnut Street,   Catasauqua, PA 18032-1743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          GEORGE M. LUTZ   on behalf of Debtor Lynn A. Burlew glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER   on behalf of Creditor  BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lynn A. Burlew

         Debtor(s)                             Chapter: 13

                                               Bankruptcy No: 17–12752–ref

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

     AND NOW, this December 14, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Richard E. Fehling
                                        Judge ,
                                        United States Bankruptcy Court