# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**  <br><br>**LYNN A. BURLEW,**  <br><br>**Debtor** | **Chapter 13 Bankruptcy**  <br><br>**Bankruptcy No. 17-12752 REF** |

## CERTIFICATE OF NO RESPONSE

  I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Application for Allowance of Compensation and Reimbursement of Expenses and request that the court grant the Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

**Date:** January 11, 2018

            Respectfully submitted,

            **Hartman, Valeriano, Magovern & Lutz,**

     by:   */s/ George M. Lutz*

            George M. Lutz, Esquire  
            1100 Berkshire Blvd., Suite 301  
            Wyomissing, PA  19610  
            Attorney I.D. No. 46437  
            Phone:  610-779-0772