**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:  LYNN A. BURLEW  **Debtor** | **Chapter 13 Bankruptcy**  **Bankruptcy No. 17-12752 REF** |
|---|---|

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $3,837.00 for reimbursement of actual, necessary fees, of which $1,000.00 was received pre-petition, and expenses in the amount of $65.93.

**Date: January 12, 2018**

**BY THE COURT:**

_____
**United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
**833 Chestnut St., Ste. 500**
**Philadelphia, PA 19107**

**Frederick L. Reigle, Esquire**
**P.O. Box 4010**
**Reading, PA 19606**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1100 Berkshire Blvd., Suite 301**
**Wyomissing, PA 19610**

Lynn A. Burlew
401 Walnut Street
Catasauqua, PA  18032

**All creditors**