United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12752-ref
Lynn A. Burlew                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv            Page 1 of 1           Date Rcvd: Jan 12, 2018
                            Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
db             +Lynn A. Burlew,    401 Walnut Street,    Catasauqua, PA 18032-1743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2018 01:48:43      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Lynn A. Burlew glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:               | Chapter 13 Bankruptcy        |
|----------------------|------------------------------|
| LYNN A. BURLEW       | Bankruptcy No. 17-12752 REF  |
| Debtor               |                              |

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $3,837.00 for reimbursement of actual, necessary fees, of which $1,000.00 was received pre-petition, and expenses in the amount of $65.93.

**Date: January 12, 2018**

**BY THE COURT:**

_____
**United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**Frederick L. Reigle, Esquire**
P.O. Box 4010
Reading, PA 19606

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

**Lynn A. Burlew**
401 Walnut Street
Catasauqua, PA  18032

**All creditors**