| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-12752-PMM

LYNN A. BURLEW
401 WALNUT STREET
CATASAUQUA  PA   18032

Petition Filed Date: 04/20/2017
341 Hearing Date: 06/27/2017
Confirmation Date: 12/14/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $190.00 | 25544270777 | 02/13/2019 | $190.00 | 25663539418 | 03/08/2019 | $190.00 | 25663541916 |
| 04/22/2019 | $190.00 | 25823306248 | 05/20/2019 | $190.00 | 47045536238 | 06/17/2019 | $195.00 | 47045536390 |
| 07/16/2019 | $195.00 | 25956580825 | 08/20/2019 | $195.00 | 47046087138 | 09/23/2019 | $195.00 | 26115673680 |
| 10/23/2019 | $195.00 | 47045469890 | 11/26/2019 | $195.00 | 26277269365 | 12/26/2019 | $195.00 | 47046920676 |
| 01/07/2020 | $195.00 | 26525289273 | 02/25/2020 | $195.00 | 47047601062 | 03/18/2020 | $195.00 | 47039034412 |
| 04/10/2020 | $195.00 | 26607663088 | 05/18/2020 | $195.00 | 26607665676 | 06/11/2020 | $195.00 | 26771741111 |
| 07/14/2020 | $195.00 | 47048759764 | 08/11/2020 | $195.00 | 26771745947 | | | |

**Total Receipts for the Period: $3,875.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,675.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN EXPRESS NATIONAL BANK »» 003 | Unsecured Creditors | $1,039.40 | $32.82 | $1,006.58 |
| 1 | ALLY FINANCIAL »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA N.A. »» 006 | Mortgage Arrears | $11.03 | $11.03 | $0.00 |
| 2 | FIRST NATL BANK OF OMAHA »» 002 | Unsecured Creditors | $16,283.28 | $723.15 | $15,560.13 |
| 5 | UNITED STATES TREASURY (IRS) »» 05P | Priority Crediors | $1,486.38 | $1,486.38 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS) »» 05U | Unsecured Creditors | $122.28 | $0.00 | $122.28 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $15,879.22 | $705.25 | $15,173.97 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 009 | Unsecured Creditors | $336.37 | $0.00 | $336.37 |
| 8 | MOMA FUNDING LLC »» 008 | Unsecured Creditors | $221.94 | $0.00 | $221.94 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $20,861.36 | $926.50 | $19,934.86 |
| 10 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC »» 010 | Attorney Fees | $2,902.93 | $2,902.93 | $0.00 |

**Chapter 13 Case No. 17-12752-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,675.00 | Current Monthly Payment: | $195.00 |
| Paid to Claims: | $6,788.06 | Arrearages: | ($100.00) |
| Paid to Trustee: | $667.90 | Total Plan Base: | $11,670.00 |
| Funds on Hand: | $219.04 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.