FREDERICK L. REIGLE
*Attorney At Law*
STANDING CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE
P.O. BOX 4010
READING, PENNSYLVANIA 19606-0410
——

FREDERICK L. REIGLE
POLLY A. LANGDON
LISA M. CIOTTI

(610) 779-1313
FAX (610) 779-3637

To:       George M. Lutz, Esq.
From:     Joanne M. Sustello, Paralegal       **Post Bar Date Review**
For:      Lisa M. Ciotti, Esq.
Date:        10/11/17
Re:       Burlew, Lynn A. #17-12752-REF

The following issues remain outstanding re:    8/10/17 Confirmation
A Motion to Dismiss has been filed; the hearing is scheduled for 10/19/17.
The Confirmation Hearing has been continued to 10/19/17.


**x**        Some claims are not provided for in the plan:  Bank of America sec arr/#6.

# Eastern District of Pennsylvania
## Claims Register

### 17-12752-ref Lynn A. Burlew

| | |
|---|---|
| **Judge:** Richard E. Fehling | **Chapter:** 13 |
| **Office:** Reading | **Last Date to file claims:** 09/25/2017 |
| **Trustee:** FREDERICK L. REIGLE | **Last Date to file (Govt):** 10/17/2017 |

| Creditor: (13915688) | Claim No: 1 | Status: |
|---|---|---|
| Ally Bank — *Payment processing* | Original Filed | Filed by: CR |
| PO Box ~~12124~~ 78367 center | Date: 05/09/2017 | Entered by: Kayleen Thompson |
| ~~Roseville MN 55113-0001~~ | Original Entered | Modified: |
| *Phoenix, AZ 85062-8367* | Date: 05/09/2017 | |

| Amount | claimed: | $27168.38 | |
|---|---|---|---|
| Secured | claimed: | $27168.38 | |

**History:**

| Details | 1-1 | 05/09/2017 | Claim #1 filed by Ally Bank, Amount claimed: $27168.38 (Thompson, Kayleen ) |
|---|---|---|---|

Description: (1-1) 2016 HONDA HR-V VIN: 3CZRU6H75GM756411

Remarks: #5769 *oom.*

| Creditor: (13915882) | Claim No: 2 | Status: |
|---|---|---|
| First National Bank of Omaha | Original Filed | Filed by: CR |
| c/o Brumbaugh and Quandahl, P.C. | Date: 05/09/2017 | Entered by: Kirk Brumbaugh |
| 4885 S. 118th Street, Ste 100 | Original Entered | Modified: |
| Omaha, NE 68137 | Date: 05/09/2017 | |

| Amount | claimed: | $16283.28 | UNS |
|---|---|---|---|

**History:**

| Details | 2-1 | 05/09/2017 | Claim #2 filed by First National Bank of Omaha, Amount claimed: $16283.28 (Brumbaugh, Kirk ) |
|---|---|---|---|

Description: (2-1) CREDIT CARD

Remarks: (2-1) UNSECURED #4873    *First Nat Bk of Omaha*

| Creditor: (13937443) | Claim No: 3 | Status: |
|---|---|---|
| American Express Bank, FSB | Original Filed | Filed by: CR |
| c/o Becket and Lee LLP | Date: 06/20/2017 | Entered by: Shraddha Bharatia |
| PO Box 3001 | Original Entered | Modified: |
| Malvern PA 19355-0701 | Date: 06/20/2017 | |

| Amount | claimed: | $1039.40 | UNS |
|---|---|---|---|

**History:**

| Details | 3-1 | 06/20/2017 | Claim #3 filed by American Express Bank, FSB, Amount claimed: $1039.40 (Bharatia, Shraddha ) |
|---|---|---|---|

Description: *credit card*

Remarks: #1000

| Creditor: (13950546) | Claim No: 4 | Status: |
|---|---|---|

LVNV Funding, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587

Original Filed
Date: 07/12/2017
Original Entered
Date: 07/12/2017

Filed by: CR
Entered by: William Patrick Andrews
Modified:

| Amount claimed: | $15879.22 | *UN'S* |
| Secured claimed: | $0.00 | |

History:

| Details | 4-1 | 07/12/2017 | Claim #4 filed by LVNV Funding, LLC its successors and assigns as, Amount claimed: $15879.22 (Andrews, William ) |

Description: *credit card*
Remarks: *#5800 Citibank N.A.*

---

Creditor: (13903961)
Internal Revenue Service
P.O. Box ~~7345~~ *7317*
Philadelphia, PA. 19101-~~7345~~ *7317*

Claim No: 5
Original Filed
Date: 07/14/2017
Original Entered
Date: 07/14/2017

Status:
Filed by: CR
Entered by: JOHN F LINDINGER
Modified:

| Amount claimed: | $1608.66 | *total* |
| Secured claimed: | $0.00 | |
| Priority claimed: | $1486.38 | |
| | *UNS 122.28* | |

History:

| Details | 5-1 | 07/14/2017 | Claim #5 filed by Internal Revenue Service, Amount claimed: $1608.66 (LINDINGER, JOHN ) |

Description:
Remarks:

---

Creditor: (13963018)
Bank of America
P.O. Box ~~21703~~ *660933*
~~Tampa, FL 33631-3785~~
*Dallas, TX*
*75266-0933*

Claim No: 6
Original Filed
Date: 08/04/2017
Original Entered
Date: 08/04/2017

Status:
Filed by: CR
Entered by: MATTEO SAMUEL WEINER
Modified:

| Amount claimed: | $155440.87 | |
| Secured claimed: | $155440.87 | |

History:

| Details | 6-1 | 08/04/2017 | Claim #6 filed by Bank of America, Amount claimed: $155440.87 (WEINER, MATTEO ) |

Description: (6-1) RE; 401 Walnut St, Catasauqua, PA 18032
Remarks: (6-1) Arrears: $11.03 *#9482*

---

Creditor: (13969663)
Portfolio Recovery Associates, LLC
POB ~~41067~~ *12914*
Norfolk VA 23541

Claim No: 7
Original Filed
Date: 08/17/2017
Original Entered
Date: 08/17/2017

Status:
Filed by: CR
Entered by: Carol E. Hardy
Modified:

| Amount claimed: | $20861.36 | *UN4* |

History:

| Details | 7-1 | 08/17/2017 | Claim #7 filed by Jefferson Capital to Redstone Associates, LLC, Amount claimed: $20861.36 (Hardy, Carol) |

| Description: | credit card |
| Remarks: | #6744    Cap. One Bk. N. A. |

| Creditor:    (13979165)<br>Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim No: 8<br>Original Filed<br>Date: 09/06/2017<br>Original Entered<br>Date: 09/06/2017 | Status:<br>Filed by: CR<br>Entered by: Leigh Faulkner<br>Modified: |

Amount claimed: $221.94

| History: |
| Details | 8-1 | 09/06/2017 | Claim #8 filed by Quantum3 Group LLC as agent for, Amount claimed: $221.94 (Faulkner, Leigh ) |

Description: (8-1) Money Loaned

Remarks: #3824    Comenity Bk.

| Creditor:    (13979452)<br>MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | Claim No: 9<br>Original Filed<br>Date: 09/07/2017<br>Original Entered<br>Date: 09/07/2017 | Status:<br>Filed by: CR<br>Entered by: Angela Kathleen Dery<br>Modified: |

Amount claimed: $336.37

| History: |
| Details | 9-1 | 09/07/2017 | Claim #9 filed by MIDLAND FUNDING LLC, Amount claimed: $336.37 (Dery, Angela ) |

Description: (9-1) 1292

Remarks: #7451    Synchrony Bk. / JC Penney

## Claims Register Summary

Case Name: Lynn A. Burlew
Case Number: 17-12752-ref
Chapter: 13
Date Filed: 04/20/2017
Total Number Of Claims: 9

| Total Amount Claimed* | $238839.48 |
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim docume

| | Claimed | Allowed |
| Secured | $182609.25 | |
| Priority | $1486.38 | |
| Administrative | | |

••••10-11-2017•••

                                C
                    6,725•00  +
                    6,725•00  *

                    6,725•00  +
                    1,486•38  +
                       11•03  +
                    8,222•41  *

                    8,222•41  ÷
                       0•908  =
                    9,055•52  *

                        0•   C