Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 17-12752-PMM

LYNN A. BURLEW  
401 WALNUT STREET  
CATASAUQUA  PA   18032

Petition Filed Date: 04/20/2017  
341 Hearing Date: 06/27/2017  
Confirmation Date: 12/14/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $195.00 | 26525289273 | 02/25/2020 | $195.00 | 47047601062 | 03/18/2020 | $195.00 | 47039034412 |
| 04/10/2020 | $195.00 | 26607663088 | 05/18/2020 | $195.00 | 26607665676 | 06/11/2020 | $195.00 | 26771741111 |
| 07/14/2020 | $195.00 | 47048759764 | 08/11/2020 | $195.00 | 26771745947 | 09/09/2020 | $195.00 | 47050234420 |
| 10/19/2020 | $195.00 | 47050234625 | 11/13/2020 | $195.00 | 26962845963 | 12/14/2020 | $195.00 | 27077963310 |
| 01/20/2021 | $195.00 | 47050929060 | 02/17/2021 | $195.00 | 47051627600 | 03/16/2021 | $195.00 | 27337458734 |
| 04/12/2021 | $195.00 | 47051627895 | 06/08/2021 | $195.00 | 47052309226 | 06/09/2021 | $500.00 | 47052309375 |
| 06/09/2021 | $500.00 | 47052309374 | 06/09/2021 | $500.00 | 47052309373 | 06/09/2021 | $500.00 | 47052309376 |
| 06/09/2021 | $435.00 | 47052309377 | | | | | | |

**Total Receipts for the Period: $5,750.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,865.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $1,039.40 | $66.56 | $972.84 |
| 1 | ALLY FINANCIAL<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA  N.A.<br>»» 006 | Mortgage Arrears | $11.03 | $11.03 | $0.00 |
| 2 | FIRST NATL BANK OF OMAHA<br>»» 002 | Unsecured Creditors | $16,283.28 | $1,205.13 | $15,078.15 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $1,486.38 | $1,486.38 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $122.28 | $0.00 | $122.28 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $15,879.22 | $1,175.27 | $14,703.95 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $336.37 | $16.03 | $320.34 |
| 8 | MOMA FUNDING LLC<br>»» 008 | Unsecured Creditors | $221.94 | $15.70 | $206.24 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $20,861.36 | $1,544.03 | $19,317.33 |
| 10 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 010 | Attorney Fees | $2,902.93 | $2,902.93 | $0.00 |

**Chapter 13 Case No. 17-12752-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,865.00 | Current Monthly Payment: | $195.00 |
| Paid to Claims: | $8,423.06 | Arrearages: | ($2,340.00) |
| Paid to Trustee: | $1,045.95 | Total Plan Base: | $11,670.00 |
| Funds on Hand: | $2,395.99 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.