United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lynn A. Burlew  
    Debtor

Case No. 17-12752-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Aug 03, 2021      Form ID: 138OBJ      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lynn A. Burlew, 401 Walnut Street, Catasauqua, PA 18032-1743 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13903952 | + | 1ST NATIONAL BANK OF OMAHA, PO BOX 3412, OMAHA, NE 68103-0412 |
| 13903954 | + | American Express, Customer Service, P.O. Box 981537, El Paso, TX 79998-1537 |
| 13937443 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13903955 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of Amercia, POB 982238, El Paso, TX 79998 |
| 13963018 | | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 13903960 | | First Bankcard, P.O. Box 3331, Omaha, NE 68103-0331 |
| 13915882 | + | First National Bank of Omaha, c/o Brumbaugh and Quandahl, P.C., 14211 Arbor St. ste 100, Omaha, NE 68144-2312 |
| 13903963 | + | MRS Associates Inc, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 03 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13915688 | | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2021 23:23:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14621416 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 03 2021 23:33:46 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13903953 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2021 23:23:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 13903956 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:33:38 | Capital One, POB 30285, Salt Lake City, UT 84130-0285 |
| 13903958 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:42 | Citicards Cbna, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 13903959 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2021 23:23:00 | Comenity Bank/Bon Ton, P.O. Box 182789, Columbus, OH 43218-2789 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13903961 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 03 2021 23:23:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13903957 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 03 2021 23:33:37 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 13903962 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 03 2021 23:23:00 | KOHLS/CAPITAL ONE, PO Box 3115, Milwaukee, WI 53201-3115 |
| 13950546 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:33:33 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13979452 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:23:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13969663 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:33:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13979165 | | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2021 23:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13903964 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:30 | SYNCB/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 13905295 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14031498 | ##+ | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1100 Berkshire Blvd, Suite 301, Wyomissing, PA 19610-1292 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2021             Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGE M. LUTZ | on behalf of Debtor Lynn A. Burlew glutz@hvmllaw.com amerkey@hvmllaw.com;r49419@notify.bestcase.com |
| LISA MARIE CIOTTI | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 03, 2021 | Form ID: 138OBJ | Total Noticed: 31 |

    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lynn A. Burlew
      Debtor(s)

Case No: 17−12752−pmm

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/3/21

38 − 37
Form 138OBJ